# United States District Court
## Southern District of Georgia

TIMOTHY ALBERT HENRY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV615-047

ROBERT TOOLE,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 10, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss is GRANTED, the 2254 petition is DISMISSED, and this case is CLOSED.

March 10, 2016  
Date

Scott L. Poff  
Clerk

*(signature)*  
(By) Deputy Clerk